■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS C. RICKS, Appellant. [997 NYS2d 581]—Appeal from an order of the Erie County Court (Kenneth F. Case, J.), entered April 16, 2013. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order determining that he is a level three risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Contrary to defendant's contention, County Court did not abuse its discretion in refusing to grant him a downward departure from his presumptive risk level (*see People v Johnson*, 120 AD3d 1542, 1542 [2014], *lv denied* 24 NY3d 910 [2014]; *see generally People v Gillotti*, 23 NY3d 841, 861, 864 [2014]). Defendant's further contention that the court erred in designating him a sexually violent offender is not preserved for our review (*see* Correction Law § 168-a [7] [b]; *see generally People v Young*, 108 AD3d 1232, 1232 [2013], *lv denied* 22 NY3d 853 [2013], *rearg denied* 22 NY3d 1036 [2013]) and, in any event, we conclude that it lacks merit (*see People v Ayala*, 72 AD3d 1577, 1578 [2010], *lv denied* 15 NY3d 816 [2010]). Present—Centra, J.P., Fahey, Valentino, Whalen and DeJoseph, JJ.